IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 20 PM 3: 05

ROBERT R. ____ROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ROBERT C. GILL, WALTER NORRIS and CHRISTOPHER LEE,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>W.W. HERENTON, in his official capacity as Mayor of the City of Memphis; CITY OF MEMPHIS, a municipal corporation; LARRY A. GODWIN, individually and in his official capacity as Director of Police Services for the City of Memphis,  )<br><br>Defendants.  ) | Case No. 05-2265 D P |

## ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER

This came on to be heard on May 18, 2005 on Plaintiffs' Application for Temporary Restraining Order to enjoin the scheduled promotional process for the ranks of Major and Inspector in the Memphis Police Department. Based upon the arguments of counsel and the record in this cause, the Court finds that Plaintiffs' Application for a restraining order to enjoin the Major and Inspector promotional exams is not well taken, as Plaintiffs have not made a sufficient showing that they would suffer imminent irreparable harm. Rather, the Court finds that the candidates who have prepared for the upcoming promotional examinations would suffer harm from a delay of the processes at this time. However, based upon representations of counsel for the City that promotions from the process will not be made in the near term and representations made by Plaintiffs' counsel, the Court grants Plaintiffs' Application for a

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05



temporary restraining order to the extent that the City of Memphis is enjoined from filling, through the Major promotional process, the positions formerly held by Plaintiffs. The temporary restraining order will be in effect only until the hearing on Plaintiffs' Application for preliminary injunction.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that

1. Plaintiffs' Application for Temporary Restraining Order to enjoin the upcoming promotional process for the ranks of Major and Inspector in the Memphis Police Department is hereby denied;

2. Plaintiffs' Application for Temporary Restraining Order to enjoin the City from filling the ranks formerly held by Plaintiffs through the upcoming Major promotional process is granted pending the hearing on Plaintiffs' Application for preliminary injunction.

3. Plaintiffs' Application for preliminary injunction is hereby scheduled for May 31, 2005, beginning at 4:00 p.m.

_____
Bernice Donald, United States District Court Judge

Date: May 20, 2005 @ 12:30 p.m.

APPROVED:

FORD & HARRISON LLP
795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee 38120
Telephone:   (901) 291-1500
Telefax:     (901) 291-1501

By: _____
Louis P. Britt III
David P. Knox

Sara Hall, Esq.
CITY ATTORNEY'S OFFICE
125 North Main Street, Room 336
Memphis, Tennessee 38103
(901) 576-6510

Attorneys for Defendants City of Memphis,
W.W. Herenton and Larry A. Godwin
in his official capacity only

THE WALTER BAILEY LAW FIRM, LLP
100 North Main, Suite 3002
Memphis, Tennessee 38103
Telephone:  (901) 575-8702
Telefax:    (901) 575-8705

By: _____  _____
    Javier M. Bailey                w/permission

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02265 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT