IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN 15 PM 2:56
ROBERT R. ___
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ROBERT C. GILL, WALTER NORRIS and CHRISTOPHER LEE, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 05-2265 D P |
| W.W. HERENTON, in his official capacity as Mayor of the City of Memphis; CITY OF MEMPHIS, a municipal corporation; LARRY A. GODWIN, individually and in his official capacity as Director of Police Services for the City of Memphis, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1): JUNE 30, 2005

JOINING PARTIES: AUGUST 15, 2005

AMENDING PLEADINGS: AUGUST 15, 2005

INITIAL MOTIONS TO DISMISS: SEPTEMBER 15, 2005

COMPLETING ALL DISCOVERY:[1]

    (a)    DOCUMENT PRODUCTION: FEBRUARY 15, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: FEBRUARY 15, 2006

---

[1] ALL DISCOVERY MUST BE ISSUED IN TIME TO BE COMPLETED BY THE DISCOVERY BAR DATE.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-15-05

16

(c) EXPERT DISCLOSURE (Rule 26):

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: <u>NOVEMBER 30, 2005</u>

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: <u>JANUARY 2, 2006</u>

(3) EXPERT WITNESS DEPOSITIONS: <u>FEBRUARY 15, 2006</u>

FILING DISPOSITIVE MOTIONS: <u>MARCH 15, 2006</u>. Any response to a dispositive motion, including a motion for summary judgment, shall be filed within 30 days of the filing of the dispositive motion or by <u>APRIL 14, 2006</u>, whichever is earlier.

OTHER RELEVANT MATTERS:

No deposition may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This cause is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. *It is anticipated the trial will last 14 days.*

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trail counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: June 15, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02265 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT