IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT GILL, et al.,              )
                                  )
    Plaintiffs,                   )
                                  )
vs.                               )   Civ. No. 05-2265-D/P
                                  )
W.W. HERENTON, et al.,            )
                                  )
    Defendants.                   )

---

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE INITIAL DISCLOSURES**

---

Before the court is plaintiffs' Motion for Extension of Time to File Initial Disclosures, filed July 13, 2005. A review of the record reveals that plaintiffs did not file a certificate of consultation with their motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, plaintiffs' motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Plaintiffs may renew their motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

__July 14, 2005_____
Date

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02265 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT