FILED BY ___ D.C.

05 AUG 19 PM 2:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROBERT C. GILL,

    Plaintiff,

vs.

                              Case No.  05-2265 D P

W. W. HERENTON, in his official capacity
as Mayor of the City of Memphis, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

On May 2, 2005, Defendant filed a Motion for Partial Summary Judgment on the Pleading to Dismiss Punitive Damages Claims Against City of Memphis pursuant to Fed.R.Civ.P. 56. Plaintiff has yet to respond to Defendant's Motion for Partial Summary Judgment.  Local Rule 7.2(a)(2) allows the nonmoving party thirty (30) days after service of a motion under Fed.R.Civ.P. 12(b) or 56, in which to file a response with the Court.

Therefore, the Court hereby orders Plaintiff to show cause why Defendant's Motion for Summary Judgment should not be decided on the existing record.  Plaintiff has fifteen (15) days from the entry of this order in which to file a response.  If Plaintiff fails to respond, the motion will be decided on the existing record without further notice.

IT IS SO ORDERED this _19_ day of _August_ 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

                                       BERNICE B. DONALD
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02265 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT