IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT C. GILL, WALTER NORRIS and CHRISTOPHER LEE, ) ) ) ) Plaintiffs, ) ) ) v. ) ) W.W. HERENTON, in his official capacity as ) Mayor of the City of Memphis; CITY OF ) MEMPHIS, a municipal corporation; LARRY A. ) GODWIN, individually and in his official capacity ) as Director of Police Services ) for the City of Memphis, ) ) Defendants. ) | Case No. 05-2265 D P |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Presently pending before the Court is Defendants' Motion for Leave to File Reply to Plaintiffs' Response to Defendants' Motion for Judgment on the Pleadings. The Court, having considered the Motion and supporting Memorandum, hereby finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Leave to File Reply to Plaintiffs' Response to Defendants' Motion for Judgment on the Pleadings is hereby granted.

United States District Judge

Date: September 20, 2005

This document entered on the docket sheet In compliance with Rule 58 and/ = 79(a) FRCP on 9/21/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02265 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT